**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANJAE HOWELL, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:17-cv-00335-VAC-CJB |
| | § | |
| v. | § | |
| | § | |
| SANTANDER CONSUMER USA, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| _____ | § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: December 18, 2017

By: /s/ W. Christopher Componovo, Esq.
W. Christopher Componovo, Esq.
501 Silverside Road, Suite 118,
Wilmington, DE 19809
Phone: (302) 791-9373
Fax: 877-788-2864
Email: wcomponovo@lemonlaw.com
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I, W. Christopher Componovo, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Richard Alan Barkasy, Esq.
Schnader Harrison Segal & Lewis LLP
824 N. Market Street
Wilmington, DE 19801-4939
Phone: 302-888-4554
Email: rbarkasy@schnader.com
Attorney for Defendant


Dated: December 18, 2017

By:    /s/ W. Christopher Componovo, Esq.
W. Christopher Componovo, Esq.
501 Silverside Road, Suite 118,
Wilmington, DE 19809
Phone: (302) 791-9373
Fax: 877-788-2864
Email: wcomponovo@lemonlaw.com
Attorney for Plaintiff