IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANJAE HOWELL, | Case No.: 1:17-cv-00335-VAC-CJB |
| Plaintiff, | |
| v. | |
| SANTANDER BANK, N.A., | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as counsel of record for plaintiff Anjae Howell ("Plaintiff") and defendant Santander Bank, N.A. ("Santander"), that Plaintiff's claims against Defendant in the above-captioned action, be and are hereby dismissed with prejudice, and without costs against any party.

| | |
|---|---|
| **KIMMEL & SILVERMAN, P.C.**<br>*Counsel for Plaintiff,*<br>*Anjae Howell* | **SCHNADER HARRISON SEGAL & LEWIS LLP**<br>*Local Counsel for Defendant,*<br>*Santander Bank, N.A.* |
| By: /s/ W. Christopher Componovo<br>W. Christopher Componovo (#3234)<br>Silverside Carr Executive Center<br>Suite 118, 501 Silverside Road<br>Wilmington, DE 19809<br>Telephone: (302) 791-9373<br>Fax: (302) 791-9476 | By: /s/ Richard A. Barkasy<br>Richard A. Barkasy (#4683)<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19081<br>Telephone: (302) 888-4554<br>Fax: (302) 888-1696<br>rbarkasy@schnader.com |
| Dated: _____January 11_, 2018_ | Dated: January 2, 2018 |